J-S04013-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| DARRYL GREGORY STEWART, | : | |
| | : | |
| Appellee | : | No. 840 MDA 2014 |

Appeal from the Judgment of Sentence April 14, 2014,
in the Court of Common Pleas of York County,
Criminal Division at No(s): CP-67-CR-0004973-2013

BEFORE:  BOWES, ALLEN, and STRASSBURGER,* JJ.

CONCURRING STATEMENT BY STRASSBURGER, J.:  **FILED APRIL 07, 2015**

I concur in the result.  I write separately to stress that, as the author of the *Musau* opinion, I remain of the view that the issue resolved therein was properly decided.

Judge Bowes and Judge Allen Do Not Join

* Retired Senior Judge assigned to the Superior Court.